IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AUNDRE ROBINSON,<br><br>       Plaintiff,<br><br>   v.<br><br>SIMPLIFIED LABOR STAFFING &<br>TRANSPORTATION, LLC; WANZER<br>TRUCKING, LLC; and JONATHAN<br>WANZER, individually,<br><br>       Defendants. | CIVIL ACTION NO.: 4:23-cv-192 |

**O R D E R**

Plaintiff filed his Complaint initiating this action on July 11, 2023. (Doc. 1.) On August 30, 2023, Plaintiff filed a Notice of Voluntary Dismissal, stating his intent to voluntarily dismiss this case without prejudice. (Doc. 13.) None of the Defendants have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case has been **DISMISSED WITHOUT PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 7th day of September, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA